# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MELVIN D. BROOKS,                )
                                 )
    Petitioner,              )
                                 )
v.                               )       Civil Action No.  13-0135 (RC)
                                 )
                                 )
ISAAC FULWOOD, JR. *et al.*,     )
                                 )
                                 )
    Respondents.             )

## MEMORANDUM

    Petitioner initiated this action for a writ of habeas corpus to obtain an immediate hearing on a parole violator warrant or his release from the District of Columbia Jail.  On June 27, 2013, the Court determined that petitioner was not entitled to habeas relief but directed the respondent to explain why a writ of mandamus compelling a hearing should not issue.  *See* Memorandum and Order [Dkt. # 10] at 2-3.  In response, the government has shown that petitioner was released from the D.C. Jail on May 6, 2013, after having "received a probable cause hearing during which he agreed to admit his violations of parole, forego a revocation hearing, and participate in a release program." Fed. Resp't's Response to Court Order of June 27, 2013 [Dkt. # 11] at 1; *see* Exs. A, B.  Hence, this case will be dismissed as moot.  A separate Order accompanies this Memorandum.

                                     _____/s/_____
                                       RUDOLPH CONTRERAS
                                       United States District Judge

DATE: July 12, 2013